Eastern District of Kentucky
FILED
NOV 23 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.** **INFORMATION NO.** 6:26-CR-141-REW-HAI

**BRAYDEN MARSILLETT**

* * * * *

**THE UNITED STATES ATTORNEY CHARGES:**

**<u>COUNT 1</u>**
**18 U.S.C. § 875(c)**

On or about August 24, 2025, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did knowingly transmit in interstate commerce, via telephone, a communication containing a threat to injure the person of another, that is, a call to Miami police threatening to shoot up the Jackson Memorial Hospital and kill anyone who approached, in violation of 18 U.S.C. § 875(c).

**<u>COUNT 2</u>**
**18 U.S.C. § 875(c)**

On or about November 25, 2025, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did knowingly transmit in interstate commerce, via telephone, a communication containing

a threat to injure the person of another, that is, a call to Nashville International Airport threatening to detonate bombs placed in multiple locations and then commence a mass shooting, in violation of 18 U.S.C. § 875(c).

**COUNT 3**
**18 U.S.C. § 844(e)**

On or about November 25, 2025, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did knowingly and intentionally, through the use of a telephone and other instruments of interstate commerce and in or affecting interstate commerce, maliciously convey false information knowing the same to be false, concerning an alleged attempt being made to kill or injure individuals and to unlawfully damage and destroy a building, by means of an explosive, that is, a call to Nashville International Airport threatening to detonate bombs placed in multiple locations and then commence a mass shooting, in violation of 18 U.S.C. § 844(e).

**COUNT 4**
**18 U.S.C. § 32(c)**

On or about November 25, 2025, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did willfully convey a threat to:

(I) place or cause to be placed a destructive device or substance in, upon, or in proximity to any civil aircraft used, operated, or employed in interstate, overseas,

or foreign air commerce or any part or other materials used or intended to be used in connection with the operation of such aircraft, and the placing or causing to be placed of the destructive device or substance would be likely to endanger the safety of such aircraft; or

(II) damage, destroy, or disable any air navigation facility or interfere by force or violence with the operation of such facility, and such damaging, destroying, disabling, or interfering would likely endanger the safety of any such aircraft in flight;

with an apparent determination and will to carry the threat into execution, in violation of 18 U.S.C. § 32(c).

**COUNT 5**
**18 U.S.C. § 875(c)**

On or about November 30, 2025, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did knowingly transmit in interstate commerce, via telephone, a communication containing a threat to injure the person of another, that is, a call to San Francisco International Airport threatening to detonate explosives and then commence a mass shooting, in violation of 18 U.S.C. § 875(c).

**COUNT 6**
**18 U.S.C. § 844(e)**

On or about November 30, 2025, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did knowingly and intentionally, through the use of a telephone and other instruments of interstate commerce and in or affecting interstate commerce, maliciously convey false information knowing the same to be false, concerning an alleged attempt being made to kill or injure individuals and to unlawfully damage and destroy a building, by means of an explosive, that is, a call to San Francisco International Airport threatening to detonate explosives and then commence a mass shooting, in violation of 18 U.S.C. § 844(e).

**COUNT 7**
**18 U.S.C. § 32(c)**

On or about November 30, 2025, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did willfully convey a threat to:

(I) place or cause to be placed a destructive device or substance in, upon, or in proximity to any civil aircraft used, operated, or employed in interstate, overseas, or foreign air commerce or any part or other materials used or intended to be used in connection with the operation of such aircraft, and the placing or causing to be placed of the destructive device or substance would be likely to endanger the safety of such aircraft; or

(II) damage, destroy, or disable any air navigation facility or interfere by force or violence with the operation of such facility, and such damaging, destroying, disabling, or interfering would likely endanger the safety of any such aircraft in

flight;

with an apparent determination and will to carry the threat into execution, in violation of 18 U.S.C. § 32(c).

**COUNT 8**
**18 U.S.C. § 875(c)**

On or about March 8, 2026, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did knowingly transmit in interstate commerce, via telephone, a communication containing a threat to injure the person of another, that is, a call to Kansas City International Airport threatening to detonate bombs placed in multiple locations and then commence a mass shooting, in violation of 18 U.S.C. § 875(c).

**COUNT 9**
**18 U.S.C. § 844(e)**

On or about March 8, 2026, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did knowingly and intentionally, through the use of a telephone and other instruments of interstate commerce and in or affecting interstate commerce, maliciously convey false information knowing the same to be false, concerning an alleged attempt being made to kill or injure individuals and to unlawfully damage and destroy a building, by means of an explosive, that is, a call to Kansas City International Airport threatening to detonate bombs placed in multiple locations and then commence a mass shooting, in violation of 18 U.S.C. § 844(e).

**COUNT 10**
**18 U.S.C. § 32(c)**

On or about March 8, 2026, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did willfully convey a threat to:

(I) place or cause to be placed a destructive device or substance in, upon, or in proximity to any civil aircraft used, operated, or employed in interstate, overseas, or foreign air commerce or any part or other materials used or intended to be used in connection with the operation of such aircraft, and the placing or causing to be placed of the destructive device or substance would be likely to endanger the safety of such aircraft; or

(II) damage, destroy, or disable any air navigation facility or interfere by force or violence with the operation of such facility, and such damaging, destroying, disabling, or interfering would likely endanger the safety of any such aircraft in flight;

with an apparent determination and will to carry the threat into execution, in violation of 18 U.S.C. § 32(c).

**COUNT 11**
**18 U.S.C. § 875(c)**

On or about May 4, 2026, in Floyd County, in the Eastern District of Kentucky,

**BRAYDEN MARSILLETT**

did knowingly transmit in interstate commerce, via telephone, a communication containing a threat to injure the person of another, that is, a call to Conestoga High School in

Pennsylvania claiming to be on his way to shoot everyone with an AR-15, in violation of 18 U.S.C. § 875(c).

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**JUSTIN E. BLANKENSHIP**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1, 2, 5, 8 & 11:** Not more than 5 years of imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNTS 3, 6 & 9:** Not more than 10 years of imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNTS 4, 7 & 10:** Not more than 5 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution.